Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7031 | **DATE** | March 27, 2012 |
| **CASE TITLE** | Boca Raton Firefighters and Police Pension Fund, et al v. Devry Inc., et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss plaintiff's complaint [33] is granted. Plaintiff is given leave to file a second amended complaint by May 4, 2012 that cures the deficiencies we have identified with its claims, if it can do so. If plaintiff chooses not to file a second amended complaint by that date, we will dismiss this case with prejudice. A status hearing is set for May 16, 2012. ENTER MEMORANDUM OPINION.

X See attached.

Docketing to mail notices.

0:15

## STATEMENT