Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7031 | **DATE** | March 27, 2013 |
| **CASE TITLE** | Boca Raton Firefighters and Police Pension Fund, et al v. Devry Inc., et al. | | |

**DOCKET ENTRY TEXT**

The defendants' motion to dismiss and to strike [83] is granted in part and denied in part. The motion to strike is denied. The motion to dismiss is granted. The plaintiffs' Second Amended Complaint is dismissed with prejudice. The plaintiffs shall file a memorandum addressing the defendants' request for sanctions by April 26, 2013. The defendants shall respond to the plaintiffs' memorandum by May 17, 2013. The court will then take the matter under advisement. It has come to the court's attention that Boca Raton's motion to amend its complaint [87] appears as pending on the docket in this case. That motion was effectively granted by our order dated September 5, 2012 [95]. Enter Memorandum Opinion. Enter Judgment Order.

X See attached.                                                                 Docketing to mail notices.

0:15

**STATEMENT**