# United States District Court

## Northern District of Illinois

**Eastern Division**

| | |
|---|---|
| Boca Raton Firefighers' and Police Pension Fund and Palm Beach Firefighters' Pension Fund, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 10 C 7031 |
| DeVry, Inc., Daniel Hamburger, and Richard M. Gunst, | |
| Defendants. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the motion of the defendants to dismiss the plaintiffs' Second Amended Complaint, as amended by the plaintiffs' amendment to the complaint dated September 21, 2012, is granted. Judgment is entered in favor of the defendants DEVRY, INC., DANIEL HAMBURGER, and RICHARD M. GUNST and against plaintiffs BOCA RATON FIREFIGHTERS' AND POLICE PENSION FUND and PALM BEACH FIREFIGHTERS' PENSION FUND. This cause is dismissed with prejudice, except that the court reserves jurisdiction to consider the question of sanctions under 15 U.S.C. § 78u-4(c).

Thomas G. Bruton, Clerk of Court

Date: 3/27/2013

_____
/s/ Carolyn D. Hoesly, Deputy Clerk