## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Boca Raton Firefighters and Police Pension Fund
                                            Plaintiff,

v.                                          Case No.: 1:10−cv−07031
                                            Honorable John F. Grady

DEVRY, Inc., et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2014:

    MINUTE entry before the Honorable John F. Grady: On June 9, 2014, the defendant filed an agreed final notice of resolution. Accordingly, the fee petition issue is moot and this action is terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.